No. 83–284. MOON ET AL. *v.* HYOSUNG AMERICA, INC. C. A. 9th Cir. Motion of respondent for damages denied. Certiorari denied.